IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFRY S. PEARSON, et al. | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| MARK W. TANNER, et al., | : | |
| | : | NO. 12-798 |
| Defendants. | : | |

**O R D E R**

AND NOW, this 23rd day of April 2012, upon consideration of Plaintiffs Allen J. Feingold and Jeffrey S. Pearson's Motion for Leave to File a Surreply to Defendants' Motion to Dismiss (Doc. No. 6), it is hereby ORDERED that the motion is GRANTED, and the Surreply brief attached to the Motion for Leave to File a Surreply is deemed filed as of April 16, 2012.

It is FURTHER ORDERED that upon consideration of Defendants Mark Tanner, Theresa Allen, Jerry Allen, and the law firm of Feldman, Shepherd, Wohgelhertner, Tanner, Weinstock & Dodig, LLP 's Motion to Dismiss (Doc. No. 2) and all responses thereto, the Defendants' motion is GRANTED.  The Clerk of Court shall mark this case CLOSED for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge